Judge Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TROY DONTE THURMAN, <br><br> Defendant. | NO. CR06-5061FDB <br><br> ORDER GRANTING AGREED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DATE |

Upon the agreed motion of the parties to continue the trial and pretrial motions due date in the above-captioned case, and based upon the facts set forth in that motion, which are hereby incorporated by reference and adopted as findings of fact, the Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii). The Court further finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial; therefore,

IT IS HEREBY ORDERED that the trial date be continued to October 2, 2006. The period of delay resulting from this continuance from July 14, 2006, up to and including the new trial date of October 2, 2006, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) for the purpose of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.

[PROPOSED] ORDER GRANTING AGREED MOTION TO CONTINUE
U.S. v. Thurman/CR06-5061FDB - 1

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

IT IS FURTHER ORDERED that the pretrial motions due date be extended to July 28, 2006.

DATED this 30th day of June, 2006.

*[signature]*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Michael Dion
MICHAEL DION
Assistant United States Attorney

s/ Michael Schwartz (per telephonic auth.)
MICHAEL SCHWARTZ
Attorney for Defendant
Troy Donte Thurman

[PROPOSED] ORDER GRANTING AGREED MOTION TO CONTINUE
U.S. v. Thurman/CR06-5061FDB - 2

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800